IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01447-MSK-BNB

PHATRAT TECHNOLOGY, INC.,

    Plaintiff,

v.

TIMEX CORPORATION,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion to Consolidate Civil Action No. 07-cv-00078-MSK-BNB with this Suit for Pretrial Purposes **(#52)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff, PhatRat Technology, Inc., commenced this civil action against the Defendant, Timex Corporation, alleging infringement of Patent No. 6,856,934 ("the '934 patent"), and Patent No. 7,092,846 ("the '846 patent"). PhatRat Technology, LLC[1] commenced a separate civil action against Timex Corporation (Civil Action No. 07-cv-00078-MSK-BNB) alleging infringement of Patent No. 7,162,392 ("the '392 patent"). In both actions, the allegedly infringing products are the Timex Speed + Distance System, the Timex GPS Bodylink System, the Timex Ironman Triathalon Bodylink System, the Timex Bodylink Trail Runner System and the

---

[1] According to the Plaintiff's motion, PhatRat Technology, Inc. holds the patent rights for all three patents, but assigned its right to enforce the patents to PhatRat Technology, LLC.

Timex Navman Speed and Distance Sensor.

The Plaintiff moves to consolidate both civil actions for pretrial purposes only.  It contends that the '392 patent is related to the '846 patent, and that both patents name three of the same inventors.  It further asserts that the Defendant has raised similar defenses in both suits. Thus, the Plaintiff contends that consolidation will enable the parties to proceed with discovery in a more efficient manner, and will allow the Court to avoid deciding identical issues in both cases. The Plaintiff states that if the Court allows consolidation, the parties have agreed to abide by all existing deadlines previously imposed in this case.

Pursuant to Fed. R. Civ. P. 42(a), "When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay."  Based upon the representation of the Plaintiff, it appears that there may be some common questions of law or fact which justify consolidation of both civil actions for pretrial purposes.

**IT IS THEREFORE ORDERED** that:

(1) The Plaintiff's Unopposed Motion to Consolidate Civil Action No. 07-cv-00078-MSK-BNB with this Suit for Pretrial Purposes **(#52)** is **GRANTED**.

(2) This action is hereby consolidated with Civil Action No. 07-cv-00078-MSK-BNB for pretrial purposes.

(3) All documents filed in this case shall bear the following amended caption:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01447-MSK-BNB (Consolidated with Civil Action No. 07-cv-00078-MSK-BNB)

PHATRAT TECHNOLOGY, INC.,

      Plaintiff,

v.

TIMEX CORPORATION,

      Defendant.

   and

PHATRAT TECHNOLOGY, LLC,

      Plaintiff,

v.

TIMEX CORPORATION,

      Defendant.

_____

Dated this 1st day of March, 2007

      **BY THE COURT:**

      */s/ Marcia S. Krieger*
      _____

      Marcia S. Krieger
      United States District Judge

4