IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01447-MSK-BNB

PHATRAT TECHNOLOGY, INC.,

       Plaintiff/Counter Defendant,

v.

TIMEX CORPORATION,

       Defendant/Counter Claimant.

_____

**consolidated with**

_____

Case No. 07-cv-00078-MSK-BNB

PHATRAT TECHNOLOGY, INC.

       Plaintiff/Counter Defendant,

vs.

TIMEX CORPORATION,

       Defendant/Counter Claimant.

**ORDER OF DISMISSAL**

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal **(#61)** filed April 30, 2007. In light of the agreement of the parties, the Court

**HEREBY ORDERS:**

1) That the claims of Plaintiff PhatRat are hereby dismissed with prejudice and that the

counterclaims of Defendant Timex are hereby dismissed without prejudice.

    2) The parties shall each bear their own fees and costs.

    3) The Clerk shall close these cases.

    Dated this 30th day of April, 2007

    **BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge